UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMIE MIERA,

    Plaintiff,

-vs-                                              Case No. 2:09-cv-142-FtM-29SPC

NATIONAL CITY MORTGAGE a division of
National City Bank of Indiana,

    Defendant.
_____

## ORDER

This matter comes before the Court on the Plaintiff Jimmie Miera's Motion to Compel Discovery and for Sanctions against the Defendant National City Mortgage (Doc. #42) filed on May 5, 2010. On May 14, 2010, the Defendant National City Bank filed Notice with the Court that this matter has been settled in full. Thus, the Motion to Compel is now moot.

Accordingly, it is now

**ORDERED:**

The Plaintiff Jimmie Miera's Motion to Compel Discovery and for Sanctions against the Defendant National City Mortgage (Doc. #42) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of May, 2010.

                                                              SHERI POLSTER CHAPPELL
                                                              UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record